1  KEVIN V. RYAN, United States Attorney (SBN 118321)
   JAMES CODA, Assistant United States Attorney (SBN 1012669 (WI))
2  Northern District of California
   450 Golden Gate Ave., Box 36055
3  San Francisco, CA 94102

4  THOMAS SANSONETTI, Assistant Attorney General
   JEAN E. WILLIAMS, Section Chief
5  JASON T. COHEN, Trial Attorney (SBN 214438)
   Environment & Natural Resources Division
6  U.S. Department of Justice
   Benjamin Franklin Station, P.O. Box 7369
7  Washington, D.C. 20044-7369
   (202) 305-0207 / FAX: (202) 305-0275
8
   Attorneys for the Federal Defendants
9

10                  **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12

13  NATURAL RESOURCES DEFENSE      )   Case No.:  C-05-0690 CW
    COUNCIL, *et al.*,             )
14                                 )
                                   )
15      Plaintiffs,                )
                                   )   ORDER GRANTING STIPULATION
16  v.                             )   TO EXTEND TIME FOR FILING
                                   )   ANSWER TO FIRST
17  GALE A. NORTON, *et al.*,      )   SUPPLEMENTAL COMPLAINT
                                   )
18      Defendants.                )
    _____)
19

20      On April 14, 2005, the Court issued an Order approving the parties' stipulation stating that

21  Defendants would file their answer or other responsive pleading to the supplemental complaint within

22  thirty days after the filing of that complaint.  Plaintiffs filed their First Supplemental Complaint on May

23  20, 2005.  Subsequently, Defendants' counsel, Jason Cohen, made plans to be absent from the office

24  from June 13 to June 17, 2005.  Defendants seek an extension of time of three days, to June 22, 2005,

25  to file an answer or other responsive pleading to the first supplemental complaint.  No other deadlines

26  or dates in the case will be affected by the extension.  Plaintiffs do not object.

27      Accordingly, the parties hereby stipulate that Defendants' answer or other responsive pleading

28

1  to the First Supplemental Complaint shall be filed on or before June 22, 2005.

3  Dated: June 3, 2005                             Respectfully submitted,

                                          /s/ Jason T. Cohen
                                          JASON T. COHEN
                                          *Counsel for Defendants*

                                          /s/   as authorized on June 3, 2005
                                          TRENT W. ORR
                                          LAURA M. ROBB
                                          DEBORAH S. REAMES
                                          *Counsel for Plaintiffs*

                                          /s/   as authorized on June 3, 2005
                                          KATHERINE S. POOLE
                                          HAMILTON CANDEE
                                          *Counsel for Plaintiff NRDC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

       6/8/05                                /s/ CLAUDIA WILKEN

Dated: _____

                                          CLAUDIA WILKEN
                                          United States District Judge